ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Petition of -- | ) | |
| | ) | |
| Spectrum Worldwide, LLC | ) | ASBCA No. 59736-956 |
| | ) | |
| Under Contract No. W91GET-08-D-0003 | ) | |

APPEARANCE FOR THE PETITIONER:  Vonda K. Vandaveer, Esq.
  V.K. Vandaveer, PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  CPT Evan C. Williams, JA
  Trial Attorney

## DISMISSAL ORDER

Spectrum Worldwide, LLC, petitioned the Board to issue an Order pursuant to Board Rule 1(a)(5) directing the contracting officer to issue a decision on its 22 August 2013 claim. The contractor now requests dismissal of its petition, without prejudice, stating that the parties have conferred and expect to resolve the pending contract matters. The government does not object to the contractor's request.

Accordingly, the petition is dismissed.

Dated: 22 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59736-956, Petition of Spectrum Worldwide, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals